**Exhibit A to the Complaint**

**Location:** Tustin, CA

**Total Works Infringed:** 33

**IP Address:** 172.250.203.27

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 83A363256B13DC85F78387EFB63F13747BD10F33 | 04/17/2025 18:35:15 | Blacked | 03/29/2025 | 04/22/2025 | PA0002527042 |
| 2 | 445675E4AA75629CA6116529BA1892AD9B750975 | 04/17/2025 18:30:48 | Blacked | 04/03/2025 | 04/22/2025 | PA0002526946 |
| 3 | ECCE6C32A8FA30919AC5F1D614FA3DA90B3D5638 | 04/17/2025 18:30:21 | Blacked | 04/08/2025 | 04/22/2025 | PA0002527048 |
| 4 | 978F5FE7A28DA38411D7896274648D9F492F7A11 | 04/17/2025 18:30:08 | Blacked Raw | 04/06/2025 | 04/22/2025 | PA0002526951 |
| 5 | E89B085AB3EB0BB08C1A4035A8D7EFB3A7D1BCEE | 04/17/2025 18:28:03 | Blacked | 04/13/2025 | 04/22/2025 | PA0002527054 |
| 6 | 19F28C0F77251772F0A4C64E422495C2438D07B4 | 04/17/2025 18:27:15 | Blacked Raw | 04/16/2025 | 04/22/2025 | PA0002527007 |
| 7 | 99ff60b036c60ad9c7ff5d1ae9acc89309a16ab8 | 04/17/2025 18:24:24 | Milfy | 04/16/2025 | 04/22/2025 | PA0002526947 |
| 8 | 01b784ae84b951fbe918b4823a5515e6fb2d6ea8 | 03/13/2025 19:30:53 | Blacked | 03/09/2025 | 03/25/2025 | PA0002521745 |
| 9 | 609db681eb593a10e5a57128a374aac7db9bf6d8 | 03/13/2025 19:20:32 | Tushy | 03/09/2025 | 03/28/2025 | PA0002522491 |
| 10 | e77105eadc8f10eb0921329da0ca8eab33db2630 | 03/13/2025 18:20:04 | Blacked Raw | 03/12/2025 | 03/25/2025 | PA0002521735 |
| 11 | 85945D5CE3CAFFA17727C448CABBFBE7663AE6F1 | 03/13/2025 18:17:26 | Milfy | 03/12/2025 | 03/28/2025 | PA0002522513 |
| 12 | 6ac8fdf56f63df5731f5e34f6c808c884a6dc518 | 03/09/2025 12:07:41 | Blacked | 03/04/2025 | 03/25/2025 | PA0002521744 |
| 13 | 32F45D368BB747A2F644D7133F5F936E5BD16C79 | 03/09/2025 10:58:33 | Blacked Raw | 03/07/2025 | 03/25/2025 | PA0002521733 |
| 14 | a5eaaf4fe9c4b19d0371b7ed3d5457ff8f57225a | 03/05/2025 09:46:21 | Blacked Raw | 02/20/2025 | 03/25/2025 | PA0002521746 |
| 15 | 580e62ece92f224d6b8e32be194701eb465067bc | 03/05/2025 09:44:13 | Milfy | 02/26/2025 | 03/28/2025 | PA0002522503 |
| 16 | 9c43867ad064ffcbf8524f91399c06545f5c7f62 | 03/05/2025 09:01:37 | Blacked Raw | 03/02/2025 | 03/25/2025 | PA0002521732 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 17 | 5C431BA825E30660C0D40A84ACEB24418081AFAA | 02/19/2025 18:00:54 | Blacked Raw | 01/11/2025 | 01/15/2025 | PA0002509388 |
| 18 | b85903cf35966cf17d3399d03a22f5d828b9d9ae | 02/19/2025 17:56:05 | Blacked | 01/23/2025 | 02/18/2025 | PA0002516125 |
| 19 | e86f205d6eb90140f288d296e7c00d307c0df247 | 02/19/2025 17:56:04 | Blacked | 02/17/2025 | 03/25/2025 | PA0002521749 |
| 20 | 25DD7F7676F4E3D01BDDC0F81165F4BECD94B039 | 02/19/2025 17:55:42 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 21 | 92F392554419B4684E0FAD596081E295B8002695 | 02/19/2025 15:53:56 | Milfy | 02/12/2025 | 02/18/2025 | PA0002516144 |
| 22 | 2d0e71034822f9ab5c1f0a8ebb43d1f230b592e0 | 02/19/2025 15:51:26 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 23 | 4D17CCE0D317825348DE31AA0214D24847528DA3 | 02/19/2025 15:48:33 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 24 | C64041F82E30F1FDA01B1C418B9FB5C9D146BF28 | 01/31/2025 20:23:44 | Milfy | 01/22/2025 | 02/18/2025 | PA0002516122 |
| 25 | ccb55f42c26eaf3910719e0e6a4cd95133806e3a | 01/31/2025 19:47:09 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 26 | 87c64b1a70862a3bdff21f04e574073ee3658dad | 01/31/2025 19:46:17 | Blacked | 01/28/2025 | 02/18/2025 | PA0002516044 |
| 27 | B8157F1027FF3DD9EF5BFB54F59A48249EA06C03 | 01/20/2025 09:35:10 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 28 | 8CF159C80763056CF2E022B90103DA5E17C3A259 | 01/20/2025 09:32:55 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 29 | 9031E43E3D4927DD46D1398B110B82DCF764193D | 01/20/2025 09:32:08 | Blacked Raw | 12/30/2024 | 01/15/2025 | PA0002509349 |
| 30 | 69EA6EB3C99C6EC8DFA203F8129C4C0F61F0FF23 | 01/13/2025 15:18:35 | Blacked | 07/30/2022 | 08/30/2022 | PA0002367742 |
| 31 | D5418A27F25D68FF9BCE014B35F5A59B47D1871E | 01/08/2025 18:21:05 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 32 | dcde353feddb4249b9f1feaf8657bfd9bacee400 | 01/08/2025 18:19:22 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 33 | 1e609aa4fdafafae760b7b701b8d4edbbd6d98ee | 01/01/2025 02:36:10 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |